## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY DENNIS,**     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-3201** |
| **FLUID CRANE AND CONSTRUCTION, INC., et al.,**     **Defendants** | **SECTION "E"** |

### ORDER

Before the Court is plaintiff Henry Dennis' ("Dennis") motion *in limine* to exclude the introduction of certain evidence at trial.[1] Defendant Fluid Crane and Construction, Inc. opposes Dennis' motion *in limine*.[2]

On October 16, 2012, the Court granted a motion to continue the trial of this matter,[3] and on November 26, 2012, the Court rescheduled the jury trial of this matter from mid-January 2013 to November 18, 2013.[4] Under the new Scheduling Order, motions *in limine* not concerned with the admissibility of expert testimony are not due until October 30, 2013, and responses thereto are not due until November 6, 2013.[5] It would be premature for the Court to resolve Dennis' motion *in limine* at this time. Dennis is free to re-urge his motion closer to the trial date.

Accordingly, **IT IS ORDERED** that Dennis' motion *in limine* be and hereby is

---

[1] R. Doc. 185.

[2] R. Doc. 189.

[3] R. Doc. 184.

[4] R. Doc. 190.

[5] *Id.*

1

**DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this __7th__ day of January, 2013.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**